NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH H. BUNTS, JR.,            )
                                 )
            Appellant,           )
                                 )
v.                               )   Case No.  2D17-703
                                 )
SHANDORA BUNTS,                  )
                                 )
            Appellee.            )
                                 )
_____  )

Opinion filed February 16, 2018.

Appeal from the Circuit Court for
Hillsborough County; Tracy Sheehan,
Judge.

Carl R. Hayes, Tampa, for Appellant.

Joyce A.G. Evans, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.